1

2

3

4

5

6          UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                  AT SEATTLE

8   CYNTHIA D. COLEMAN,                     Case No. C09-80-RSL

9          Plaintiff,                       ORDER

10         v.

11  MICHAEL J. ASTRUE, Commissioner
    of Social Security,
12
           Defendant.
13

14         The Court, after careful consideration of plaintiff's Motion for Attorney Fees,

15  Expenses, and Costs under the Equal Access to Justice Act, 28 U.S.C. §§ 2412 and 1920, the

16  Report and Recommendation of the Honorable James P. Donohue, the governing authorities

17  and the balance of the record, does hereby find and ORDER:

18         (1)    The Court adopts the Report and Recommendation.

19         (2)    Plaintiff's Motion for Attorney Fees, Expenses, and Costs, Dkt. 32, is

20                GRANTED IN PART and DENIED IN PART.

21  //

22  //

23  //

ORDER
PAGE - 1

1          (3)     The Clerk is directed to send copies of this Order to counsel for both parties and

2   Judge Donohue.

3          DATED this 28th day of September, 2011.

4

5

6                                              _____
                                               ROBERT S. LASNIK
7                                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER
PAGE - 2